# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **LULA WATTERS, an individual, and** | ) | |
| **MIA G FAILS, an individual,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 04-0536-CG-M** |
| | ) | |
| **LOUISIANA-PACIFIC CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendant, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 1st day of July, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE